IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | NO. 3:12-CR-00104-G (01) |
| | § | |
| JACOBI TUTSON, | § | |
| Defendant | § | |

**MEMORANDUM ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Irma C. Ramirez for consideration. The Court has received the Findings, Conclusions and Recommendation of the United States Magistrate Judge pursuant to its order, filed on July 29, 2020. The Defendant waived allocution before this Court, but reserved his right and to object to the Findings, Conclusions and Recommendation of the United States Magistrate Judge. No objections were filed.

It is, therefore, **ORDERED** that the Magistrate Judge's Findings, Conclusions and Recommendation are **ADOPTED** as the opinion and findings of the Court. Defendant's supervised release is **REVOKED**. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months. No term of Supervised Release to follow.

**SO ORDERED**.

August 20, 2020.

                                                                          _____
                                                                          A. JOE FISH
                                                                          Senior United States District Judge